| JUDY BARRIE | * | NO. 2020-CA-0469 |
| VERSUS | * | COURT OF APPEAL |
| CITY OF NEW ORLEANS AND TIFFANY A. ROMANO | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*DNA*

**ATKINS, J., CONCURS IN PART AND DISSENTS IN PART**

I concur with the majority's decision to affirm the district court's judgment dismissing Judy Barrie's action to quiet title.

I respectfully dissent, however, from the majority's decision to reverse the district court's judgment dismissing Ms. Barrie's claim for reimbursement and the majority's decision to reinstate the claim. I would affirm the district court's dismissal of Ms. Barrie's claim for reimbursement for the reasons assigned by Judge Lobrano.